MINUTE ENTRY
WILKINSON, M.J.
MARCH 16, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS MILTON BENSON, JR. | CIVIL ACTION |
| VERSUS | NO. 15-782 |
| ROBERT A. ROSENTHAL ET AL. | SECTION "H" (2) |

**HEARING AND ORDER ON MOTIONS**

APPEARANCES: Phillip Wittmann, James Gulotta, Jr., Andrew Mendez, Matthew Almon and John Mark Fezio, representing plaintiff; Ellie Schilling, Thomas Flanagan and Camille Gauthier, representing defendants

MOTIONS:
(1) Defendant's Motion to Compel Thomas Milton Benson, Jr.; New Orleans Louisiana Saints, LLC; and Louisiana Media, Inc. to Produce Responsive Documents, Record Doc. No. 70
(2) Plaintiff's Motion for Discovery Sequencing Order and for Protective Order, Record Doc. No. 85
(3) Defendants' Motion for Discovery Sequencing Order, Record Doc. No. 86

O R D E R E D:

 (1), (2), (3) : GRANTED IN PART AND DENIED IN PART. Oral argument was conducted on this date. An Order and Reasons detailing the court's decision will be separately issued.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: 1 : 25