UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS MILTON BENSON, JR., in his capacity as GRANTOR<br><br>　　　　　　　Plaintiff,<br><br>　VERSUS<br><br>ROBERT A. ROSENTHAL, in his capacity as TRUSTEE<br><br>　　　　　　　Defendant. | CIVIL ACTION NO. 15-782<br><br>SECTION "H" (2)<br><br>JUDGE MILAZZO<br><br>MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION *IN LIMINE* TO EXCLUDE CUMULATIVE EXPERT TESTIMONY**

Thomas Milton Benson, Jr. respectfully moves this Court for an Order excluding the cumulative testimony of the putative expert witnesses offered by Robert A. Rosenthal and Mary R. Rowe (collectively, the "Trustees") in the above-captioned action.  The Trustees are seeking to submit the testimony of multiple experts on identical valuation issues.  Pursuant to Rule 403 of the Federal Rules of Evidence, the Court should exclude this needlessly cumulative evidence by limiting the Trustees to one expert to testify as to each of the following issues: (1) the value of the New Orleans Louisiana Saints LLC and Benz-Saints Management Company, LLC (the "Saints"); (2) the value of Benson Football, LLC ("Benson Football"); (3) the value of Louisiana Media Company, LLC ("LMC"); and (4) the value of a Class B unit share in Benson Football, LLC on a nonvoting, noncontrolling, and nonvoting basis.

**WHEREFORE,** for the reasons stated above and in the accompanying memorandum, Thomas Milton Benson, Jr. respectfully prays for an Order limiting the Trustees to one expert to testify as to each of the following issues: (1) the value of the Saints; (2) the value

1205453v1

of Benson Football; (3) the value of LMC, and (4) the value of a Class B unit share in Benson Football on a nonvoting, noncontrolling, and nonvoting basis.

        Respectfully submitted,

        */s/ Matthew S. Almon*
        Phillip A. Wittmann, TA, La. Bar No. 13625
        James C. Gulotta, Jr., La. Bar No. 06590
        Andrew D. Mendez, La. Bar No. 26686
        John Mark Fezio, La. Bar. No. 29861
        Matthew S. Almon, La. Bar No. 31013
        STONE PIGMAN WALTHER WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana  70130-3588
        Telephone:  (504) 581-3200
        Facsimile:  (504) 581-3361

        *Attorneys for Plaintiff, Thomas Milton Benson, Jr.*

## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the above and foregoing Motion *In Limine* To Exclude Cumulative Expert Testimony was filed electronically with the Clerk of Court using the CM/ECF system this 3rd day of May, 2016.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

        */s/ Matthew S. Almon*