UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS MILTON BENSON, JR., IN HIS CAPACITY AS GRANTOR<br><br>PLAINTIFF,<br><br>VERSUS<br><br>ROBERT A. ROSENTHAL, IN HIS CAPACITY AS TRUSTEE<br><br>DEFENDANT. | * CIVIL ACTION NO. 15-782<br>*<br>* SECTION "H" (2)<br>*<br>* JUDGE MILAZZO<br>*<br>* MAGISTRATE JUDGE WILKINSON<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF DEPOSITION

**TO:**   Kyle Schonekas, Esq.
Schonekas Evans McGoey & McEachin
909 Poydras Street, #1600
New Orleans, Louisiana 70130

Thomas Flanagan, Esq.
Flanagan Partners LLP
201 St. Charles Ave., Suite 2405
New Orleans, Louisiana  70130

**PLEASE TAKE NOTICE** that Plaintiff Thomas Milton Benson, Jr. will take the deposition upon oral examination of **Jeffrey S. Phillips** pursuant to Federal Rule of Civil Procedure 30, beginning at **9:30 a.m., Monday, May 2, 2016,** at the offices of Flanagan Partners, LLP, 201 St. Charles Ave., Suite 2405, New Orleans, LA 70130.  The deposition will be recorded stenographically.  The deposition will be conducted before an officer authorized by law to administer oaths and will continue from day to day until completed.  You are invited to attend and participate as you see fit.

1204421v1

**Exhibit 22**

Dated: April 18, 2016,

                     _____
                     Phillip A. Wittmann, T.A., La. Bar No. 13625
James C. Gulotta, Jr., La. Bar No. 06590
Andrew D. Mendez, La. Bar No. 26686
John Mark Fezio, La. Bar No. 29861
Matthew S. Almon, La. Bar No. 31013
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

*Attorneys for Thomas Milton Benson, Jr., in his capacity as Grantor of the Renee Benson 2009 Irrevocable Trust, the Rita Benson LeBlanc 2009 Irrevocable Trust, the Ryan LeBlanc 2009 Irrevocable Trust, the Renee Benson 2012 Irrevocable Trust, the Rita Benson LeBlanc 2012 Irrevocable Trust, the Ryan LeBlanc 2012 Irrevocable Trust, the Tom Benson 2012 Grantor Retained Annuity Trust, and the Tom Benson 2014 Grantor Retained Annuity Trust*

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing *Notice of Deposition* has been served upon all counsel of record by email and/or by placing same in the United States mail, postage prepaid and properly addressed, this 18th day of April, 2016.

                     _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THOMAS MILTON BENSON, JR., IN HIS CAPACITY AS GRANTOR<br><br>PLAINTIFF,<br><br>VERSUS<br><br>ROBERT A. ROSENTHAL, IN HIS CAPACITY AS TRUSTEE<br><br>DEFENDANT. | * * * * * * * * * * * | CIVIL ACTION NO. 15-782<br><br>SECTION "H" (2)<br><br>JUDGE MILAZZO<br><br>MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF DEPOSITION

**TO:**  Kyle Schonekas, Esq.
Schonekas Evans McGoey & McEachin
909 Poydras Street, #1600
New Orleans, Louisiana 70130

Thomas Flanagan, Esq.
Flanagan Partners LLP
201 St. Charles Ave., Suite 2405
New Orleans, Louisiana  70130

**PLEASE TAKE NOTICE** that Plaintiff Thomas Milton Benson, Jr. will take the deposition upon oral examination of **Timothy Cummins** pursuant to Federal Rule of Civil Procedure 30, beginning at **9:30 a.m., Tuesday, May 3, 2016,** at the offices of Flanagan Partners, LLP, 201 St. Charles Ave., Suite 2405, New Orleans, LA 70130. The deposition will be recorded stenographically. The deposition will be conducted before an officer authorized by law to administer oaths and will continue from day to day until completed. You are invited to attend and participate as you see fit.

1204423v1

Dated: April 18, 2016

_____
Phillip A. Wittmann, TA, La. Bar No. 13625
James C. Gulotta, Jr., La. Bar No. 06590
Andrew D. Mendez, La. Bar No. 26686
John Mark Fezio, La. Bar No. 29861
Matthew S. Almon, La. Bar No. 31013
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

*Attorneys for Thomas Milton Benson, Jr., in his capacity as Grantor of the Renee Benson 2009 Irrevocable Trust, the Rita Benson LeBlanc 2009 Irrevocable Trust, the Ryan LeBlanc 2009 Irrevocable Trust, the Renee Benson 2012 Irrevocable Trust, the Rita Benson LeBlanc 2012 Irrevocable Trust, the Ryan LeBlanc 2012 Irrevocable Trust, the Tom Benson 2012 Grantor Retained Annuity Trust, and the Tom Benson 2014 Grantor Retained Annuity Trust*

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing *Notice of Deposition* has been served upon all counsel of record by email and/or by placing same in the United States mail, postage prepaid and properly addressed, this 18th day of April, 2016.

_____

- 2 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THOMAS MILTON BENSON, JR., IN HIS CAPACITY AS GRANTOR | * * * | CIVIL ACTION NO. 15-782 |
| | * * | SECTION "H" (2) |
| PLAINTIFF, | * * | |
| | * | JUDGE MILAZZO |
| VERSUS | * * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| ROBERT A. ROSENTHAL, IN HIS CAPACITY AS TRUSTEE | * * * | |
| DEFENDANT. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

## NOTICE OF DEPOSITION

**TO:**   Kyle Schonekas, Esq.
Schonekas Evans McGoey & McEachin
909 Poydras Street, #1600
New Orleans, Louisiana 70130

Thomas Flanagan, Esq.
Flanagan Partners LLP
201 St. Charles Ave., Suite 2405
New Orleans, Louisiana 70130

**PLEASE TAKE NOTICE** that Plaintiff Thomas Milton Benson, Jr. will take the deposition upon oral examination of **Steve Shanker** pursuant to Federal Rule of Civil Procedure 30, beginning at **2:00 p.m., Wednesday, May 4, 2016,** at the offices of Schonekas Evans McGoey & McEachin 909 Poydras Street, #1600, New Orleans, LA 70130. The deposition will be recorded stenographically. The deposition will be conducted before an officer authorized by law to administer oaths and will continue from day to day until completed. You are invited to attend and participate as you see fit.

1204426v1

Dated: April 18, 2016,

                                             */s/*

Phillip A. Wittmann, T.A., La. Bar No. 13625
James C. Gulotta, Jr., La. Bar No. 06590
Andrew D. Mendez, La. Bar No. 26686
John Mark Fezio, La. Bar No. 29861
Matthew S. Almon, La. Bar No. 31013
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

*Attorneys for Thomas Milton Benson, Jr., in his capacity as Grantor of the Renee Benson 2009 Irrevocable Trust, the Rita Benson LeBlanc 2009 Irrevocable Trust, the Ryan LeBlanc 2009 Irrevocable Trust, the Renee Benson 2012 Irrevocable Trust, the Rita Benson LeBlanc 2012 Irrevocable Trust, the Ryan LeBlanc 2012 Irrevocable Trust, the Tom Benson 2012 Grantor Retained Annuity Trust, and the Tom Benson 2014 Grantor Retained Annuity Trust*

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing *Notice of Deposition* has been served upon all counsel of record by email and/or by placing same in the United States mail, postage prepaid and properly addressed, this 18th day of April, 2016.

                                             */s/*

- 2 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THOMAS MILTON BENSON, JR., IN HIS CAPACITY AS GRANTOR | * * * | CIVIL ACTION NO. 15-782 |
| | * * | SECTION "H" (2) |
| PLAINTIFF, | * * | JUDGE MILAZZO |
| VERSUS | * * | MAGISTRATE JUDGE WILKINSON |
| ROBERT A. ROSENTHAL, IN HIS CAPACITY AS TRUSTEE | * * * | |
| DEFENDANT. | | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF DEPOSITION

**TO:** Kyle Schonekas, Esq.
Schonekas Evans McGoey & McEachin
909 Poydras Street, #1600
New Orleans, Louisiana 70130

Thomas Flanagan, Esq.
Flanagan Partners LLP
201 St. Charles Ave., Suite 2405
New Orleans, Louisiana 70130

**PLEASE TAKE NOTICE** that Plaintiff Thomas Milton Benson, Jr. will take the deposition upon oral examination of **Adam Jones** pursuant to Federal Rule of Civil Procedure 30, beginning at **9:30 a.m., Wednesday, May 4, 2016,** at the offices of Schonekas Evans McGoey & McEachin 909 Poydras Street, #1600, New Orleans, LA 70130. The deposition will be recorded stenographically. The deposition will be conducted before an officer authorized by law to administer oaths and will continue from day to day until completed. You are invited to attend and participate as you see fit.

1204425v1

Dated: April 18, 2016

                                        /s/
                              _____
Phillip A. Wittmann, TA, La. Bar No. 13625
James C. Gulotta, Jr., La. Bar No. 06590
Andrew D. Mendez, La. Bar No. 26686
John Mark Fezio, La. Bar No. 29861
Matthew S. Almon, La. Bar No. 31013
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

*Attorneys for Thomas Milton Benson, Jr., in his capacity as Grantor of the Renee Benson 2009 Irrevocable Trust, the Rita Benson LeBlanc 2009 Irrevocable Trust, the Ryan LeBlanc 2009 Irrevocable Trust, the Renee Benson 2012 Irrevocable Trust, the Rita Benson LeBlanc 2012 Irrevocable Trust, the Ryan LeBlanc 2012 Irrevocable Trust, the Tom Benson 2012 Grantor Retained Annuity Trust, and the Tom Benson 2014 Grantor Retained Annuity Trust*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing *Notice of Deposition* has been served upon all counsel of record by email and/or by placing same in the United States mail, postage prepaid and properly addressed, this 18th day of April, 2016.

                                        /s/
                              _____