MINUTE ENTRY
MILAZZO, J.
JUNE 15, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS BENSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-782** |
| **ROBERT ROSENTHAL** | **SECTION "H"** |

## MINUTE ENTRY

On June 15, 2016, the Court held a status conference. Phil Wittman, Andrew Mendez, Jay Gulotta, Mark Fezio, and Bryan York participated on behalf of Plaintiff; Kyle Schonekas, Ellie Schilling, and Patrick McGoey participated on behalf of Defendant Robert Rosenthal; Thomas Flanagan participated on behalf of Defendant Mary Rowe.

Accordingly;

**IT IS ORDERED** that on the evening preceding each day of trial the party presenting its case shall disclose the witnesses that it intends to call on the following day, as well as the exhibits it intends to use. At this time, the party shall reurge any request to seal certain exhibits or portions thereof and indicate which portions it deems confidential.

**IT IS FURTHER ORDERED** that prior to 8:00 a.m. before trial each day the opposing party shall disclose any exhibits it intends to use in cross-

examination. Requests to seal any of those exhibits or portions thereof should be urged at this time. Prior to trial each day, the Court shall hear argument regarding the requests to seal exhibits to be used that day.



(JS-10:20)