UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS BENSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 15-782** |
| **ROBERT ROSENTHAL ET AL.** | **SECTION: "H"** |

### ORDER

Before the Court is Defendant Mary Rowe's Request for Oral Argument (Doc. 239)

Accordingly;

**IT IS ORDERED** that the request is **GRANTED**, and oral argument is **SET** for October 26, 2016 at 9:30 a.m.

**IT IS FURTHER ORDERED** that this order shall not be interpreted to alter the briefing deadlines for Defendant's Motion for Partial Summary Judgment (Doc. 238).  No reply briefs shall be accepted after the submission date of October 14, 2016.

New Orleans, Louisiana, on this 30th day of September, 2016.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE